```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
BORIS GERASIMOV,                                                    :
                                                                    :
                            Plaintiff,                              :   21-CV-1760 (JPC) (SN)
                                                                    :
            -v-                                                     :   ORDER
                                                                    :
AMALGAMATED HOUSING CORPORATION et al.,                             :
                                                                    :
                            Defendants.                             :
                                                                    :
------------------------------------------------------------------ X
```

JOHN P. CRONAN, United States District Judge:

On July 9, 2021, Plaintiff moved the Court to dismiss this case without prejudice under Rule 42(a)(2) of the Federal Rules of Civil Procedure. Dkt. 49. By July 16, 2021, Defendants shall submit a letter addressing whether they consent to dismissal without prejudice.

SO ORDERED.

Dated: July 14, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge