# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BORIS GERASIMOV,

                Plaintiff,                  21 **CIVIL** 1760 (JPC) (SN)

      -against-                        **JUDGMENT**

AMALGAMATED HOUSING CORP. *et al.*,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 10, 2022, the Court adopts the Report and Recommendation in its entirety. The Court therefore grants Defendants' motions to dismiss, dismisses Plaintiffs' Complaint in its entirety for lack of subject matter jurisdiction, and denies Plaintiff's motions for judgment on the pleadings and for change of venue as moot; accordingly, this case is closed.

**Dated:** New York, New York
         January 10, 2022

                                                  **RUBY J. KRAJICK**
                                                       Clerk of Court
                                         BY:
                                                        Deputy Clerk